1   Michael S. Sorgen [SBN 43107]
    LAW OFFICES OF MICHAEL S. SORGEN
2   240 Stockton Street, 9th Floor
    San Francisco, CA 94108
3   Telephone:    (415) 956-1360
    Facsimile:    (415) 956-6342
4
    Attorneys for Plaintiff
5   BRIGIDA NATIVIDAD

6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8

9   BRIGIDA NATIVIDAD,                    )   Case No. C 11-05715-NC
                                          )
10           Plaintiff,                   )   **STIPULATION AND [PROPOSED]**
                                          )   **ORDER TO POSTPONE CASE**
11      vs.                               )   **MANAGEMENT CONFERENCE**
                                          )
12  KIDS' COUNTRY, INC.,                  )
                                          )
13           Defendant.                   )
                                          )
14                                        )
                                          )
15  _____)

16                          **STIPULATION**

17      Plaintiff Brigida Natividad and Defendant Kids' Country (hereinafter, collectively, "the

18  parties"), by and through their respective counsel of record, and subject to Court approval,

19  stipulate to the following:

20      1.   The date originally set by the Court for the initial case management conference was

21  June 27, 2012, following Mediation which was to have been held on or before June 12.

22      2.   To accommodate the vacation schedules of Mediator Marjorie Gelb and counsel, the

23  parties have agreed to hold the Mediation on July 10, 2012.

24      4.   Accordingly, the parties agree to postpone the case management conference to the

25  week of August 6, 2012 or at a time and date of the Court's convenience.

26      5.   The parties have not previously requested any extensions in this matter.

27          **IT IS SO STIPULATED.**

28

1

2      Dated: May 11, 2012                    LAW OFFICES OF MICHAEL S. SORGEN

3                                             By:    /s/   Michael Sorgen
4                                                         Michael Sorgen
                                                          Attorneys for Plaintiffs
5
       Dated: May 11, 2012                    HARDIMAN & CARROLL
6

7                                             By:    /s/   Michael F. Hardiman
8                                                         Michael F. Hardiman
                                                          Attorneys for Defendant
9                                                         Kids' Country, Inc.

10                                    **O R D E R**

11
           Good cause appearing therefor, IT IS SO ORDERED.
12

13

14     Dated: _____
                                              _____
15                                            Hon. Nathanael Cousins
                                              United State District Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28