Michael S. Sorgen [SBN 43107]
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone:   (415) 956-1360
Facsimile:   (415) 956-6342

Attorneys for Plaintiff
BRIGIDA NATIVIDAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGIDA NATIVIDAD,<br><br>           Plaintiff,<br><br>vs.<br><br>KIDS' COUNTRY, INC.,<br><br>           Defendant. | Case No. C 11-05715-NC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO POSTPONE CASE<br>MANAGEMENT CONFERENCE** |

## STIPULATION

Plaintiff Brigida Natividad and Defendant Kids' Country (hereinafter, collectively, "the parties"), by and through their respective counsel of record, and subject to Court approval, stipulate to the following:

1. The date originally set by the Court for the initial case management conference was June 27, 2012, following Mediation which was to have been held on or before June 12.

2. To accommodate the vacation schedules of Mediator Marjorie Gelb and counsel, the parties have agreed to hold the Mediation on July 10, 2012.

4. Accordingly, the parties agree to postpone the case management conference to the week of August 6, 2012 or at a time and date of the Court's convenience.

5. The parties have not previously requested any extensions in this matter.

   **IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: May 11, 2012 | LAW OFFICES OF MICHAEL S. SORGEN |
| | By: /s/ Michael Sorgen |
| | Michael Sorgen |
| | Attorneys for Plaintiffs |
| Dated: May 11, 2012 | HARDIMAN & CARROLL |
| | By: /s/ Michael F. Hardiman |
| | Michael F. Hardiman |
| | Attorneys for Defendant |
| | Kids' Country, Inc. |

## ORDER

Good cause appearing therefor, IT IS SO ORDERED.
The Case Management Conference is continued to August 8, 2012 at 10:00 a.m.

Dated: May 4, 2012

Hon. Nathanael Cousins
United State District Magistrate Judge