1  MICHAEL F. HARDIMAN, State Bar #104508
   LAUREN O'BRIEN, State Bar #157118
2  HARDIMAN & CARROLL
   450 Sansome Street, Suite 700
3  San Francisco, CA  94111
   Tel: (415) 248-3930
4  Fax: (415) 248-3933

5

6  Attorney for Defendant
   KIDS' COUNTRY, INC.

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGIDA NATIVIDAD, | CASE NO. 11-CV-05715-NC |
| | Unlimited/Limited Jurisdiction |
| Plaintiff, | |
| | STIPULATION AND [~~PROPOSED~~] |
| v. | ORDER TO POSTPONE MEDIATION |
| | AND CASE MANAGEMENT |
| KIDS' COUNTRY, INC. | CONFERENCE |
| Defendants. | |

## **STIPULATION**

Defendant Kids' Country, Inc. and Plaintiff Brigida Natividad (hereinafter, collectively, "the parties"), by and through their respective counsel of record, and subject to Court approval, stipulate to the following:

1. The date originally selected by the parties for the initial mediation (to be held prior to July 12, 2012) was July 10, 2012.

2. Since that time, Mediator Marjorie Gelb has withdrawn from the matter due to a conflict and a new mediator, Kathryn Dickson, was appointed on June 14, 2012.

3. Additionally, due to competing schedules, the parties have been having difficulty scheduling necessary depositions prior to the July 10, 2012 mediation.

/ / /

/ / /

4. Accordingly, the parties agree to postpone the mediation deadline to the week of September 3, 2012, and to postpone the case management conference, currently scheduled for August 8, 2012, to a time and date thereafter at the Court's convenience.

**IT IS SO STIPULATED**.

Dated: July 9, 2012  HARDIMAN & CARROLL

By: */s/ Michael F. Hardiman*
Michael F. Hardiman
Attorneys for Defendant
Kids' Country, Inc.

Dated: July 9, 2012  LAW OFFICES OF MICHAEL S. SORGEN

By: */s/ Michael Sorgen*
Michael Sorgen
Attorneys for Plaintiffs

## **O R D E R**

Good cause appearing therefor, IT IS SO ORDERED. The Case Management Conference is continued to September 19, 2012, at 10:00 a.m. A joint case management statement shall be filed by September 12, 2012.

Dated: July 10, 2012

Hon. Nathanael Cousins
United State District Magistrate Judge