MICHAEL F. HARDIMAN, State Bar #104508
LAUREN O'BRIEN, State Bar #157118
HARDIMAN & CARROLL
450 Sansome Street, Suite 700
San Francisco, CA  94111
Tel: (415) 248-3930
Fax: (415) 248-3933


Attorney for Defendant
KIDS' COUNTRY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIGIDA NATIVIDAD, | CASE NO. 11-CV-05715-NC |
| | Unlimited/Limited Jurisdiction |
| Plaintiff, | |
| | STIPULATION AND [PROPOSED] |
| v. | ORDER TO POSTPONE MEDIATION |
| | AND CASE MANAGEMENT |
| KIDS' COUNTRY, INC. | CONFERENCE |
| Defendants. | |

### **STIPULATION**

Defendant Kids' Country, Inc. and Plaintiff Brigida Natividad (hereinafter, collectively, "the parties"), by and through their respective counsel of record, and subject to Court approval, stipulate to the following:

1. The date originally selected by the parties for the initial mediation (to be held prior to July 12, 2012) was July 10, 2012.

2. Since that time, Mediator Marjorie Gelb has withdrawn from the matter due to a conflict and a new mediator, Kathryn Dickson, was appointed on June 14, 2012.

3. Additionally, due to competing schedules, the parties have been having difficulty scheduling necessary depositions prior to the July 10, 2012 mediation.

///

///

4.   Accordingly, the parties agree to postpone the mediation deadline to the week of September 3, 2012, and to postpone the case management conference, currently scheduled for August 8, 2012, to a time and date thereafter at the Court's convenience.

**IT IS SO STIPULATED**.

Dated: July 9, 2012                              HARDIMAN & CARROLL

                                                 By:   */s/ Michael F. Hardiman* _____
                                                       Michael F. Hardiman
                                                       Attorneys for Defendant
                                                       Kids' Country, Inc.

Dated: July 9, 2012                              LAW OFFICES OF MICHAEL S. SORGEN

                                                 By:   */s/ Michael Sorgen*_____
                                                       Michael Sorgen
                                                       Attorneys for Plaintiffs

## **O R D E R**

Good cause appearing therefor, IT IS SO ORDERED. The Case Management Conference is continued to September 19, 2012, at 10:00 a.m. A joint case management statement shall be filed by September 12, 2012.

Dated: July 10, 2012                             _____
                                                 Hon. Nathanael Cousins
                                                 United State District Magistrate Judge