UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIGIDA NATIVIDAD,<br><br>        Plaintiff,<br><br>    v.<br><br>KID'S COUNTRY, INC.,<br><br>        Defendant. | Case No. 3:11-cv-05715 NC<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pending deadlines. The parties are required to file a stipulation of dismissal by **September 19, 2012.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 26, at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

DATED: August 16, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge